NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

KA 04-858

STATE OF LOUISIANA

VERSUS

DALE ROBIN MILLER
AKA RUSSELL RALSTON
AKA GEORGE BATHEN

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 92141
HONORABLE PATRICK LOUIS MICHOT, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

AFFIRMED.

Dale Robin Miller
William Thomas Babin
Assistant District Attorney
405 West Convent St.
Lafayette, LA 70501
(337) 232-7747
Counsel for: Plaintiff/Appellee
State of Louisiana

**Michael Harson**
**District Attorney, 15th Judicial District Court**
**P.O. Box 3306**
**Lafayette, LA 70502-3306**
**(337) 232-5170**
**Counsel for: Plaintiff/Appellee**
**State of Louisiana**

**Edward Kelly Bauman**
**La Appellate Project**
**P. O. Box 1641**
**Lake Charles, LA 70602-1641**
**(337) 491-0570**
**Counsel for: Defendant/Appellant**
**Dale Robin Miller**

**Dale Robin Miller**
**Louisiana State Penitentiary**
**Camp J Bass Unit**
**Angola, LA 70712**